**Continuing Abatement Order filed January 23, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-19-00088-CR**

———————

**KIMBEL VERSHON CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1492023**

---

## CONTINUING ABATEMENT ORDER

Appellant is pro se. On January 23, 2019, appellant timely filed a notice of appeal from his judgment of conviction. Since February 2019, we have issued three orders to the trial court. In our last order of December 17, 2019, this court ordered the trial court to determine:

1. Whether appellant desires to prosecute his appeal; and, if so,

2. Whether appellant is indigent and entitled to appointed counsel on appeal.

Our order provided that if the trial court found that appellant desired to prosecute his appeal and is indigent and entitled to appointed counsel on appeal, then the trial court was to forward to the clerk of this court a supplemental clerk's record containing those findings and an order, if any, appointing appellate counsel. We ordered the trial court to complete this process and forward the requested items **within ten (10) days.**

**As of this date, no response from the trial court has been received.**

The appeal remains abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. This court also will consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.